# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

BATISTA MADONIA, III; ANGELA MADONIA;
JOSEPHINE ARGENTO; and THE FAMILY FARM ON 41, LLC,

Appellants,

v.

TAMELA MADONIA,

Appellee.

Nos. 2D2023-1064, 2D2023-2041
CONSOLIDATED

_____

July 10, 2024

Appeal from the Circuit Court for Hillsborough County; Melissa M. Polo, Judge.

M. D. Purcell, Jr., Tampa, for Appellants.

K.C. Bouchillon of K.C. Bouchillon, P.A., Bartow; and Thomas M. Saunders of Saunders Law Group, Bartow, for Appellee.

PER CURIAM.

Affirmed.

ROTHSTEIN-YOUAKIM, SMITH, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.